# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3337
_____

United States of America

*Plaintiff - Appellee*

v.

Dexter D. Hall

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: February 19, 2026
Filed: February 24, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Dexter Hall appeals after he pled guilty to being a felon in possession of ammunition. He argues the district court[1] erred in denying his motion to dismiss the

_____

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.

indictment because 18 U.S.C. § 922(g)(1) violates the Second Amendment both facially and as applied to him.  Upon careful review, we conclude that the district court properly denied the motion, as Hall's argument is foreclosed by our precedent. *See United States v. Jackson*, 110 F.4th 1120, 1125, 1129 (8th Cir. 2024), *cert. denied*, 145 S. Ct. 2708 (2025); *see also United States v. Harris-Franklin*, 146 F.4th 631, 637 & n.2 (8th Cir. 2025); *United States v. Cameron*, 99 F.4th 432, 435–36 (8th Cir.), *cert. denied*, 145 S. Ct. 314 (2024).  Accordingly, we affirm.

_____